1  PHILLIP A. TALBERT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

**Aug 26, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8              IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE APPLICATION       CASE NO: 2:19-SW-0070-KJN
    OF THE UNITED STATES OF AMERICA
12  FOR SEARCH WARRANT CONCERNING:        [PROPOSED] ORDER TO UNSEAL SEARCH
                                          WARRANT AND SEARCH WARRANT
13  The property located at 1169 Lewis Avenue,   AFFIDAVIT
    Vallejo, California
14

15

16

17

18

19        Upon application of the United States of America and good cause having been shown,

20        IT IS HEREBY ORDERED that the file in the above-captioned matters be, and are, hereby

21  ordered unsealed.

22

23   Dated:   08/26/2022                    _____

24                                          KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANT AND SEARCH WARRANT                        1
AFFIDAVIT